**Order entered November 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00342-CV

### IN RE BRYAN MARK RIGG, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-11173**

### ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Before the Court is relator's petition for writ of mandamus complaining of the trial court's order of enforcement by contempt. Real party in interest and respondent are requested to file a response, if any, within **THIRTY DAYS** of the date of this order.

/s/ ROBBIE PARTIDA-KIPNESS
JUSTICE